E-FILED
Tuesday, 09 May, 2017  04:23:39 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 9 2017
CLERK OF THE COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Bruce D. Melton
_____

_____

_____
(Name of the plaintiff or plaintiffs)

v.

The Pavilion Behavioral Health
System - Joe Sheehy, Jim Cupony,
Ray Reese,
Adam Petrin, Laurie Crabtree, Donna Gradeless
(Name of the defendant or defendants)

CIVIL ACTION

NO. 17-2112

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2.  The plaintiff is Bruce D. Melton ,

whose street address is 1804 Oliver Dr. #5 ,

(city) Urbana    (state) Ill    (ZIP) 61802

(Plaintiff's telephone number)    (217) - 417 - 0740

3.  The defendant is The Pavilion Behavioral Health System , whose

street address is 809 W. Church St. .

(city) Champaign    (state) Ill    (ZIP) 61820

(Defendant's telephone number)    (217) - 373 - 1700

4.  The alleged discrimination occurred at The Pavilion Behavioral Health System

(city) Champaign    (state) Ill    (ZIP) 61820

5.  The plaintiff [*check one box*]

    (a) ☐    was denied employment by the defendant.

    (b) ☐    was hired and is still employed by the defendant.

    (c) ☒    was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) *October* , (day) *03* , (year) *2015* .

## II. JURISDICTION

7.  Jurisdiction over this claim is based on 28 U.S.C. § 1331.  Plaintiff alleges that the
    defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The
        Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion  (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☒ Other (list): *Retaliation, wrongful termination*

8.  Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment
    Opportunity Commission (EEOC) relating to this claim of employment discrimination.
    **[Attach a copy of charge to this complaint.]**

9.  Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights
    (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to
    this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue

Notice was received on or about (date)  3 - 9 - 2017

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a) ☐    by failing to hire the plaintiff.

(b) ☒    by terminating the plaintiff's employment.

(c) ☐    by failing to promote the plaintiff.

(d) ☒    by failing to stop harassment;

(e) ☒    by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐    by failing to reasonably accommodate the plaintiff's religion.

(g) ☒    by retaliating against the plaintiff because the plaintiff did something to assert
rights protected by the laws;

(h) ☐    by coercing, intimidating, threatening or interfering with the plaintiff's exercise or
enjoyment of rights;

(i) ☒    with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☒    other (specify): By not giving plaintiff the
proper help when and while unloading
or putting away the large truck.
And by doing another backgrand check
eventhough they were informed not to by
DCFS!

3

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe
    precisely how each defendant in this action is involved.  Give dates and places.
    Concentrate on describing as clearly and simply as possible what employment action or
    situation you allege to have been illegal and how it violated your rights.  It is not
    necessary to make legal arguments or cite any cases or statutes.

On 10/03/2015, I complained to Kitchen manager
that I was having hand pains from putting away the
truck and she told me to stop working for awhile and
let my hand stop hurting. I went to the hospital
a few days later and was informed that it was
due to carpul tunnel and trigger finger. I kept on
having trouble with my hands and back after that
and was told by HR Director (Laurie Crabtree) that
I had to use my time to take off because I was
not going to be covered by worksman comp, even though
my problems started while I worked there. I eventually
was given a number to call so that I could complain      → Next page

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
    [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☒    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): To recompensate plaintiff

4

about how I was being treated by HR, because of the issues with my hands & back, and I was being forced to use my own personal time because they refused to cover my medical issues, eventhough my medical issue Started from the work that I was doing!

After I filed my complaint with Corprates Compliancy line, that was when I started to be harassed repeatedly by Laurie Crabtree (HR Director), Adam Putuin (CFO), Ray Reese (plant Operations Director), and Donna Gadeken (Temp Kitchen Manager) with people making false allegations, accusations and also making me do the work of two people which did not go along with their Doctors orders (workmans Comp Doctor).

While after having surgery on 12/19/2016 on my left hand and being off work, I recieved a letter from laurie Crabtree telling me that I could not return back to work on 1/5/2017, because of another finger printing result that came back. I had to wait and see what happens when they get a copy of it. On Feburary 9th, I recieved a letter from Laurie telling me that I was terminated because they would not give me another waiver to work there, eventheough they had gave me one for me to work there. It is also in my files that they were not suppose to have done that but they did anyway! Jim Compony (UHS Delaware) was informed through complaints and did nothing! Also Joe Shehey did nothing (CEO)!

for all lost time and wages, along with over due bills and pain and suffering because my wife had a miscarriage because of so much stress (High Blood pressure) due to not knowing how we were going to survive.

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

_Bruce D Melton_
(Plaintiff's signature)

_Bruce D. Melton_
(Plaintiff's name)

_1804 Oliver Dr. #5_
(Plaintiff's street address)

(City) _Urbana_      (State) _Ill_      (ZIP) _61802_

(Plaintiff's telephone number) _(217) - 417 - 0740_

Date: _5/9/2017_

5